UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SHEILA MARIE B. BEIGLANG-AWA,** an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- vs -<br><br>**BATH & BODY WORKS, LLC**,<br><br>　　　　　　　　　Defendant. | Case No. 2:17-cv-00651-GCS-EPD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　Pursuant to Rule 6.1 of the Local Civil Rules of the United States District Court for the Southern District of Ohio, Defendant Bath and Body Works, LLC and Plaintiff Sheila Marie B. Beiglang-Awa do hereby stipulate to a 21-day extension of time from August 21, 2017 up to and including September 11, 2017 for Defendant to answer or otherwise plead to the Complaint. No prior extensions of time have been obtained.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ Emily White* | By: */s/ Brandon M. White* |
| 　Emily White (0085662)<br>　DannLaw<br>　PO Box 6031040<br>　Cleveland, OH 44103<br>　614-500-4395 | 　Brandon M. White (0075430)<br>　Perkins Coie LLP<br>　700 Thirteenth Street, N.W. Suite 600<br>　Washington, DC 20005-3960<br>　(202) 654-6206 |
| 　Attorneys for Plaintiff | 　Attorneys for Defendant |

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ *Brandon M. White*
      Brandon M. White (0075430)
      Perkins Coie LLP

      Attorneys for Defendant