IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHEILA MARIE B. BEIGLANG-AWA, | : | |
| Plaintiff(s), | : | Case No. 2:17-cv-651 |
| vs. | : | Judge George C. Smith |
| BATH AND BODY WORKS, LLC., | : | Magistrate Judge Elizabeth P. Deavers |
| Defendant(s). | : | |

# NOTICE

**PROCEEDING:** PRELIMINARY PRETRIAL CONFERENCE
**PLACE:** ROOM 208
Kinneary U.S. Courthouse
85 Marconi Blvd.
Columbus, OH 43215
**DATE/TIME:** OCTOBER 5, 2017 at 11:30 A.M.
**PLEASE NOTE:**

1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov  Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

3. If all parties agree, the parties may request that the conference be conducted by telephone. The Court will only conduct the conference by telephone if all parties participate by phone. If counsel so agree, they shall notify the undersigned. The parties must initiate the conference call to 614-719-3460.

4. Parties or principals are welcome, but not required, to attend the conference.

**DATE**: September 3, 2017                     *s/Sherry Nichols*
                                                Sherry Nichols, Courtroom Deputy
                                                Sherry_Nichols@ohsd.uscourts.gov
                                                 614-719-3461