# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHEILA MARIE B. BEIGLANG-AWA, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>- vs -<br><br>BATH & BODY WORKS, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 2:17-cv-00651-GCS-EPD<br><br>Judge George C. Smith<br><br>Magistrate Judge Elizabeth Preston Deavers |

## ORDER GRANTING DEFENDANT BATH AND BODY WORKS, LLC'S UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME

Defendant Bath and Body Works, LLC ("Bath and Body Works") has filed a motion for further extension of time to respond to Plaintiff's Complaint. Having considered all papers on file, the Court hereby **GRANTS** Bath and Body Works' motion for further extension of time. Bath and Body Works will have up to and including October 16, 2017, to file its answer or other responsive pleading to Plaintiff's Complaint.

DATED: 9/29/2017

_____
UNITED STATES MAGISTRATE JUDGE