UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHEILA MARIE B. BEIGLANG-AWA, an individual, <br><br> Plaintiff, <br><br> - vs - <br><br> BATH & BODY WORKS, LLC, <br><br> Defendant. | Case No. 2:17-cv-00651-GCS-EPD <br><br> Judge George C. Smith <br><br> Magistrate Judge Elizabeth Preston Deavers |

## ORDER GRANTING DEFENDANT BATH AND BODY WORKS, LLC'S UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND EXTEND RULE 26(f) REPORT DEADLINE

Defendant Bath and Body Works, LLC ("Bath and Body Works") has filed an unopposed motion to continue the Pretrial Conference and extend the deadline for filing the Rule 26(f) report. Having considered all papers on file, the Court hereby **GRANTS** the unopposed motion for extension of time. The Pretrial Conference will be continued to October 26, 2017 at 11:30 A.M. and the parties will have up to and including October 19, 2017, to file a Rule 26(f) report.

DATED: September 29, 2017

UNITED STATES MAGISTRATE JUDGE