# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHEILA MARIE B. BEIGLANG-AWA, an individual, | |
| Plaintiff, | |
| v. | Case No. 2:17-cv-00651-GCS-EPD |
| BATH & BODY WORKS, LLC, | Judge George C. Smith |
| Defendant. | Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff Sheila Marie B. Beiglang-Awa ("Plaintiff") and Defendant Bath and Body Works, LLC ("Defendant"), by and through their undersigned counsel have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of final settlement agreement.

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (OH # 39425)
Emily White (OH#0085662)
**DannLaw**
P.O. Box 6031040
Cleveland, OH  44103
Telephone: (216) 373-0539
Email: notices@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on October 19, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                                         */s/ Marc E. Dann*
                                                         Marc E. Dann