# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SHEILA MARIE B. BEIGLANG-AWA,** | : | |
| | : | Civil Action 2:17-cv-651 |
| Plaintiff, | | Judge George C. Smith |
| v. | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| **BATH AND BODY WORKS, LLC,** | | |
| | : | |
| Defendant. | | |

## ORDER

On October 19, 2017 Plaintiff filed a Notice of Settlement. Accordingly, the parties are **DIRECTED** to file a **JOINT STATUS REPORT** on or before **NOVEMBER 20, 2017** detailing the status of this case, unless they file an appropriate dismissal entry by that date. In addition, the October 31, 2017 at 11:00 AM Preliminary Pretrial Conference is hereby **VACATED**.

   IT IS SO ORDERED.


**Date: October 19, 2017**          */s/ Elizabeth A. Preston Deavers*
                                     **Elizabeth A. Preston Deavers**
                                     **United States Magistrate Judge**