# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHEILA MARIE B. BEIGLANG-AWA, an individual, | |
| Plaintiff, | |
| v. | Case No. 2:17-cv-00651-GCS-EPD |
| BATH & BODY WORKS, LLC, | Judge George C. Smith |
| Defendant. | Magistrate Judge Elizabeth Preston Deavers |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sheila Marie B. Beiglang-Awa ("Plaintiff") and Defendant Bath and Body Works, LLC ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to the dismissal of the above-captioned Civil Action No. 2:17-cv-00651-GCS-EPD with prejudice.

## LOCAL RULE 7.3(a) CERTIFICATION

Counsel for Plaintiff and Defendant have conferred regarding the relief requested herein, and both parties consent and stipulate to the requested relief.

Dated: October 26, 2017                    Respectfully submitted,

By:  */s/ Marc E. Dann*                   By:  */s/ Brandon M. White*
    Marc E. Dann (OH # 39425)                  Brandon M. White (OH # 0075430)
    Emily White (OH#0085662)                   **Perkins Coie LLP**
    **DannLaw**                                700 Thirteenth Street, N.W. Suite 600
    P.O. Box 6031040                           Washington, DC 20005-3960
    Cleveland, OH  44103                       Telephone: (202)-654-6206
    Telephone: (216) 373-0539                  *Counsel for Defendant*
    Facsimile: (216) 373-0536
    Email: notices@dannlaw.com
    DisabilityNotices@dannlaw.com
    *Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

>*/s/ Marc E. Dann*
> Marc E. Dann